U.S. Bankruptcy Court
Northern District of Illinois

In re:
Bankruptcy Case No. **17-09815**
**EASTER M PETTY**

Debtor

Adversary Proceeding No. **17-00261**
**EASTER M PETTY**

Plaintiff

v.
**BMO HARRIS BANK N.A.**
**BRENDAN FINANCIAL INC.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** BMO HARRIS BANK N.A.

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| David H Cutler<br>4131 Main St.<br>Skokie, IL 60076 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 719<br>Chicago IL 60604 | Status Hearing Date and Time<br>06/12/2017 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


Date Issued
05/03/2017

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

| Petty v. BMO Harris Bank N.A. et al | Adv Proc No: **17-00261** |
|---|---|
| Plaintiff v Defendant | |

## CERTIFICATE OF SERVICE

I, __DAVID H CUTLER__, certify that service of this summons and a copy of the complaint was made __5/3/2017__ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> BMO Harris Bank N.A., ATTN: BRK-180-RC, 770 N Water St, Milwaukee WI 53202

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[✓] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

> BMO Harris Bank N.A.
> David Casper, CEO
> 111 W. Monroe Street
> Chicago, IL 60603

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __5/12/2017__    Signature _____

Print Name:    DAVID H CUTLER

Business Address: 4131 Main St, Skokie, IL 60076

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  5/8/17 |
| 1. Article Addressed to:<br><br>BMO Harris Bank N.A.<br>David Casper, CEO<br>111 W. Monroe Street<br>Chicago, IL 60603 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7011 3500 0003 4642 0082 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540