**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 13 | |
| Easter M Petty, ) | CASE NO. 17 B 09815 | |
| ) | | |
| Debtor(s), ) | Judge: LaShonda A. Hunt | |
| Easter M Petty, ) | | |
| ) | | |
| Plaintiff(s), ) | AP NO. 17-00261 | |
| ) | | |
| -vs- ) | | |
| ) | | |
| BMO Harris Bank N.A. ) | | |
| Brendan Financial Inc. ) | | |
| ) | | |
| Defendant(s). ) | | |

**NOTICE OF MOTION**

*Notice via Certified Mail To:*

Brendan Financial, Inc., Michael R Collins, President, 8 S. Michigan, Ave #1414, Chicago, IL 60603
BMO Harris Bank N.A., David Casper, CEO, 111 W. Monroe Street, Chicago, IL 60603

*Notice via Regular U.S. Mail To:*

Brendan Financial, 30 East Ave, Ste A, Riverside, IL 60546
Scott R Barfuss, Brendan Financial, Inc., 24 East Ave, Riverside, IL 60546
BMO Harris Bank N.A., ATTN: BRK-180-RC, 770 N Water St, Milwaukee WI 53202
Adham Alaily, Egan & Alaily LLC, 321 N. Clark St., Suite 1430, Chicago, IL 60654

Please take notice that on November 13, 2017, I will appear before Honorable Judge LaShonda A. Hunt or any Judge sitting in his place and stead in the room usually occupied by said Judge at the 219 S. Dearborn, Courtroom 719, Chicago, IL 60604 at the hour of 10:30 a.m. and then there present the attached **MOTION FOR DEFAULT JUDGMENT AS TO BRENDAN FINANCIAL INC.,** at which time you may appear if you see fit.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor
Cutler & Associates, Ltd.
4131 Main St., Skokie, IL 60076
Phone: (847) 673-8600

## **CERTIFICATE OF SERVICE**

      The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before October 20, 2017.

                                                 By: /s/ *David Cutler*
                                                 David H. Cutler, esq

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Easter M Petty, | ) | CASE NO. 17 B 09815 |
| | ) | |
| Debtor(s), | ) | Judge: LaShonda A. Hunt |
| Easter M Petty, | ) | |
| | ) | |
| Plaintiff(s), | ) | AP NO. 17-00261 |
| | ) | |
| -vs- | ) | |
| | ) | |
| BMO Harris Bank N.A. | ) | |
| Brendan Financial Inc. | ) | |
| | ) | |
| Defendant(s). | ) | |

**MOTION FOR DEFAULT JUDGMENT AS TO BRENDAN FINANCIAL INC.**

NOW COMES, EASTER M PETTY, (hereinafter referred to as "Plaintiff"), by and through her attorneys, Cutler & Associates Ltd., and moves the Court for the entry of a default judgment against Defendant, Brendan Financial Inc., (hereinafter referred to as "Defendant"), and in support thereof state as follows:

1. On March 28, 2017, the Plaintiff filed a voluntary petition pursuant to Chapter13 of Title 11, United States Code.

2. On May 3, 2017, the Plaintiff filed a complaint to determine the value of security and release of Brendan Financial Inc.'s underlying junior lien on the Debtor's property located at 1916 S 2nd Ave, Maywood, IL 60153.

3. On May 3, 2017, a copy of the summons and complaint was served in accordance with Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure *by U.S. certified mail to*: Brendan Financial, Inc., Michael R Collins, President, 8 S. Michigan, Ave #1414, Chicago, IL 60603 *and to*: BMO Harris Bank N.A., David Casper, CEO, 111

3

W. Monroe Street, Chicago, IL 60603 *and by regular U.S. mail to*: BMO Harris Bank N.A., ATTN: BRK-180-RC, 770 N Water St, Milwaukee WI 53202.

4. The Defendant, Brendan Financial Inc. has failed to prosecute the adversary by failing to provide an appraisal.

5. That the Defendant, Brendan Financial Inc. is in default for failure to prosecute the complaint.

WHEREFORE, Plaintiff prays this Honorable Court enter a default judgment against Defendant, Brendan Financial Inc., declaring that the Defendant shall cancel and release its junior lien on Plaintiff's property located at 1916 S 2nd Ave, Maywood, IL 60153; and for such other relief as this Honorable Court deems fair and just.

October 20, 2017　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *David H. Cutler*
　　　　　　　　　　　　　　　　　　　　　　David H. Cutler, esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　Cutler & Associates, Ltd.
　　　　　　　　　　　　　　　　　　　　　　4131 Main St.
　　　　　　　　　　　　　　　　　　　　　　Skokie, IL 60076
　　　　　　　　　　　　　　　　　　　　　　Phone: (847) 673-8600