UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Easter M Petty | ) | BK No.: 17-09815 |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| Easter M Petty<br>Debtor(s) | ) | Adv. No.: 17-00261 |
| Plaintiff(s) | ) | |
| BMO Harris Bank N.A.<br>Brendan Financial Inc. | ) | |
| Defendant(s) | ) | |

**JUDGMENT VALUING CLAIM OF BRENDAN FINANCIAL INC.**

On May 3, 2017, the debtor(s) filed an adversary complaint to value the claim of the defendant secured by a lien against the property commonly known as 1916 S 2nd Ave, Maywood, IL 60153 (address) with real estate tax pin number 15-14-314-016-0000 (the "property"). Defendant has appeared at the evidentiary hearing on 11/17/17 and raised no defense.

IT IS HEREBY ORDERED that judgment is entered in favor of the debtor(s) and against the defendant as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the defendant stemming from its Mortgage Lien (identified by the last four digits of the account number as ) against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the defendant for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge the defendant's mortgage Lien will be deemed satisfied pursuant to 11 U.S.C. §§ 1322(b)(2) and 1328(a).

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: November 20, 2017