IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Easter M Petty, | ) | CASE NO. 17 B 09815 |
| Debtor(s), | ) | Judge: LaShonda A. Hunt |

| | | |
|---|---|---|
| Easter M Petty, | ) | |
| Plaintiff(s), | ) | ADV. NO. 17 AP 00261 |
| | ) | |
| BMO Harris Bank N.A. | ) | |
| Brendan Financial Inc. | ) | |
| Defendant(s). | ) | |

**AGREED DISMISSAL ORDER OF ADVERSARY AS TO BMO HARRIS BANK N.A.**

IT IS HEREBY ORDERED:

1. This Adversary proceeding is hereby dismissed as to BMO Harris Bank N.A. without prejudice.

DATED: 2 0 NOV 2017

ENTER:

_____
Honorable LaShonda A. Hunt

*Submitted by:*

_____
Michelle Mandroiu, Attorney for Plaintiff
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Telephone: 847-673-8600

_____
Adham Alaily, Attorney for BMO Harris Bank
Egan & Alaily LLC
321 N. Clark St., Ste. 1430 Chicago, IL 60654
Telephone: 312-253-8640